**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JASON P. MCGILL,**

       **Plaintiff,**

**-vs-**                                  **Case No. 6:10-cv-754-Orl-28GJK**

**PEGASUS FOODS, INC., MOHAMMAD WALIULLAH,**

       **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Notice of Dismissal with Prejudice (Doc. No. 17) filed October 12, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection (Doc. No. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 28, 2010 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Notice of Dismissal with Prejudice (Doc. No. 17) is **GRANTED**.

3. The Settlement is approved to the extent that the Court finds it is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

    4.       This case is dismissed with prejudice.

    5.       The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of November, 2010.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party